

```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480            The following constitutes the order of the court.
3  Oakland, CA 94612                 Signed December 18, 2013
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
                                     _____
6                                    William J. Lafferty, III
                                     U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-44702 WJL |
| **HARJINDER SINGH BRAICH and BALWINDER KAUR BRAICH,** | Chapter 13 |
| Debtors. | ORDER APPROVING APPLICATION FOR PRE-CONFIRMATION PAYMENT OF ATTORNEYS' FEES |
| | DATE: December 12, 2013<br>TIME: 1:30 PM<br>CTRM: 220<br>1300 CLAY ST., 2ND FLOOR, OAKLAND,CA |
| _____/ | |

The above-captioned matter came on for hearing on December 12, 2013, at 1:30pm, in Courtroom 220, upon the application by The Law Offices of Patrick L. Forte, for the pre-confirmation payment of attorneys' fees. Anne Shiau appeared on behalf of The Law Offices of Patrick L. Forte.

**IT IS HEREBY ORDERED:**

1) That the application for the pre-confirmation payment of attorneys' fees to The Law Offices of Patrick L. Forte in the amount of $3,743.25 is approved.

2) That of the $3,743.25 of the fees billed and approved, $2,000.00 of which having already been paid prior to the filing of the bankruptcy case, the Chapter 13 Trustee is to disburse to The Law Offices of Patrick L. Forte the balance of $1,743.25 from the funds paid by the Debtors, currently held by the Chapter 13 Trustee.

*** END OF ORDER ***

COURT SERVICE LIST

Harjinder & Balwinder Braich
4307 Kirsten Dr.
Stockton, CA 95212